# EXPERT WITNESS REPORT AND OPINIONS

*Re: Gabriel Hawkins vs. City of Lake City, Fl., Lake City Police Department and Officer J. Golub*

## Date of Report: 10-23-13

My name is Darrell Edmonds and I have been retained by Rogers, Towers P.A. to give expert testimony in the above styled case on the behalf of J. Golub. I reached my conclusions by reviewing the materials provided and drawing upon the totality of my 19 and ½ years of full time police experience, which include over 11 years as a DUI Enforcement Officer and over 13 years as a certified Drug Recognition Evaluator. The materials reviewed are listed on attachment "A". My educational background, training, operational experience and qualifications are listed on attachment "B".

## OVERVIEW

On 05-02-10 at approximately 5:50 a.m., Officer J. Golub #247 (Lake City Police Department) conducted a traffic stop at U.S. 90, near Baya Dr., in Lake City, Fl., where he came into contact with Gabriel Hawkins. Officer Golub conducted a DUI investigation and ultimately arrested Mr. Hawkins for the offense of DUI.

## OPINIONS

My opinions are based on and formulated by a review of the materials and information listed under attachment "A" and experience gained during my over 19 and ½ years of full time and continuous police service, which include over 11 years as a DUI Enforcement Officer and over 13 years as a certified Drug Recognition Evaluator.

1. According to the police reports, Mr. Hawkins drove his vehicle at a speed substantially below the speed limit for U.S. 90. He stopped at a traffic light that was green and sat there for approximately one minute. He then drove west on U.S. 90 again at a speed substantially below the speed limit. He made several lane changes for no apparent reason. As he approached the intersection of NW Hilton Ave he stopped his vehicle again, for approximately 2 seconds, and again drove west at a speed substantially below the speed limit. He approached a green light at the intersection of Baya Dr. and U.S. 90 and stopped for approximately 2 minutes. He then drove through the intersection and pulled into the left turn lane and stopped for no apparent reason. This driving pattern is consistent with someone that is impaired, sick or injured and would justify an investigative stop.

2. According to the police reports and video, Officer Golub contacted Mr. Hawkins as he exited the driver door of his car in an unsteady manner. He was instructed to sit back in his car and did not respond, standing there and staring at Officer Golub. Officer Golub reported observing potential signs of impairment to include, sweating profusely (Low temperature recorded as 71 degrees

Fahrenheit by historical weather data), extreme nervousness, confusion, inability to follow simple instructions, watery and bloodshot eyes, mumbled and confused speech, and no odors of an alcoholic beverage. Officer Golub indicated he smelled a faint odor of burning marijuana coming from the vehicle. These indicators would lead to reasonable suspicion of possible impairment and Officer Golub was justified in asking Mr. Hawkins to exit his vehicle and participate in a DUI investigation.

3. According to the police reports and video, Officer Golub administered the three Standardized Field Sobriety Exercises to Mr. Hawkins. Mr. Hawkins was first given the Horizontal Gaze Nystagmus Test. Officer Golub indicated Mr. Hawkins was not able to follow the stimulus after repeated attempts and was not able to complete the exercise. Mr. Hawkins was next administered the Walk and Turn Exercise. Officer Golub indicated Mr. Hawkins exhibited 8 out of 8 clues on this exercise. NHTSA training materials and the validation studies show a high probability of impairment if the officer observes 2 or more clues during this exercise. Mr. Hawkins was next administered the One Leg Stand Exercise. Officer Golub indicated Mr. Hawkins exhibited 2 out of 4 clues on this exercise. In addition to the standardized clues, the video shows Mr. Hawkins exhibiting difficulty counting during the exercise. NHTSA training material and the validation studies show a high probability of impairment if the officer observes 2 or more clues during this exercise. NHTSA training materials and the validation studies show if the officer has more than 4 clues on the HGN exercise and more than 2 clues on the Walk and Turn together the percentage of reliability regarding impairment is increased. Officer Golub also administered two additional Field Sobriety Exercises that have not been validated by NHTSA, the Finger to Nose and Rhomberg Alphabet. Officer Golub administered the Finger to Nose exercise and indicated Mr. Hawkins could not follow instructions. Mr. Hawkins started before being told which hand to use by touching his right finger to his nose and leaving it there. He had to be told to put his hands back to his side. When told to touch is left finger, he touched his nose with his right finger. He was given no further instructions and began, on his own and randomly, bringing fingers to his nose and then back to his side. Officer Golub administered the Rhomberg Alphabet exercise and Mr. Hawkins sang from A to Z. Based on the collection of more than necessary clues for each exercise and the proper interpretation of the clues Officer Golub had reason to believe probable cause existed to arrest Mr. Hawkins for DUI and to believe he was impaired by drugs.

4. According to the police reports and video, Officer Golub asked questions of Mr. Hawkins about medical problems or injuries. Mr. Hawkins answered he had no medical problems or injuries. Based on Mr. Hawkins response to Officer Golub regarding his medical history it was reasonable for Officer Golub to believe Mr. Hawkins could participate in the Standardized Field Sobriety Exercises and was not suffering from a medical condition.

5. According to the police reports, after arresting Mr. Hawkins, Officer Golub and Officer Ross conducted an inventory of Mr. Hawkins vehicle so that it could be towed. They indicated finding small pieces of marijuana between the driver's seat and center console. Officer Ross indicated he attempted to retrieve them, but they crumbled into smaller pieces and fell between the seat and center console where they were not retrievable. Synthetic Cannabinoids appear very similar to marijuana in appearance and texture, but are usually more brittle.

6. According to the police reports, after arresting Mr. Hawkins, Officer Golub completed the arrest and booking report and the roadside field sobriety report and transported Mr. Hawkins to Shands at Lake Shore (Medical Facility). Mr. Hawkins was advised of implied consent and requested to provide a blood sample. Mr. Hawkins provided a blood sample. Officer Golub then transported Mr. Hawkins to the CCJ (breath testing facility) and requested that Mr. Hawkins provide a breath sample. The results indicated there was no alcohol on his breath at the time of the breath test. The blood sample from Mr. Hawkins was submitted to the Florida Department of Law Enforcement (FDLE) for analysis. FDLE tested the sample for the presence of amphetamines, barbiturates, benzodiazepines, cannabinoids, carisoprodol, cocaine, methadone, opiates, oxycodone and propoxyphene. The results indicated no alcohol or drugs were detected in the sample. FDLE also uses "cut off levels", meaning a certain threshold of the drug has to be detected before they will report as positive (ex. if threshold for cannabinoids is 50ng and 49.99ng were detected, the result would be negative). Based on the fact that there are currently thousands of prescription, non-prescription and illicit substances, which when taken into the human body can impair the person's ability to operate a motor vehicle, and the Florida Department of Law Enforcement does not test for all of the numerous potential substances, there is a high probability an impairing substance could have been in Mr. Hawkins body and was simply not tested.

7. In 2010 synthetic drugs, such as bath salts and spice, were relatively new, but were quickly becoming the new trend in drug use due to the inability of detection in drug tests and similar impairment effects to their respective natural drugs. These synthetic drugs cause users to sweat profusely, become confused, have impaired perceptions of reality and mimic impairment by cannabis and dissociative anesthetics.

## SUMMARY

Mr. Hawkins was not simply an unimpaired driver on the early morning of 05-02-10. Mr. Hawkins had numerous indicators of impairment which included, sweating profusely (Low temperature recorded as 71 degrees Fahrenheit by historical weather data), extreme nervousness, confusion, inability to follow simple instructions, watery and bloodshot eyes, mumbled and confused speech, and no odors of an alcoholic beverage but an odor of burning marijuana coming from the car that he was the sole occupant. He performed poorly on the Standardized Field Sobriety Exercises and not only met, but exceeded, the minimum NHTSA clues for the exercises. In my opinion, based on the totality of the circumstances Officer Golub was reasonable to believe that probable cause existed for the arrest of Mr. Hawkins for the offense of DUI and that Mr. Hawkins was impaired by drugs. Officer Golub followed proper police practices and procedures in addition to complying with the NHTSA guidelines. The Florida Department of Law Enforcement only tested Mr. Hawkins blood for a few, of potentially thousands of, prescription, non-prescriptions and illicit substances and none of the synthetic compounds. There is a high probability that Mr. Hawkins was impaired by a substance that was not tested for in his blood. Based on my training and experience as a Drug Recognition Evaluator, Mr. Hawkins exhibited signs and symptoms that are consistent with impairment by a synthetic compound or a dissociative anesthetic category drug.

My opinions in this matter are to a reasonable degree of police certainty, based on the review of sufficient facts and data, the product of reliable principles and methods involving the review of police practices, and the application of the principles and methods that have proven reliable, to the facts in this case. This report is subject to modification upon review of any additional materials.


/s/ Darrell Edmonds
   Darrell Edmonds

## Attachment "A"

- Arrest Affidavit
- Alcohol Influence Report
- DUI Detection Evaluation Form
- Constitutional Rights Form
- Implied Consent Form
- Subject Interview Form
- FDLE Laboratory Reports
- Lake City Police Department Offense Report LCPD10OFF014954
- Video of stop and arrest of Mr. Hawkins
- Historical Weather Data for Lake City, Fl. on May 2, 2010

**Attachment "B"**

**See Attached C.V. for Darrell B. Edmonds**



Curriculum Vitae
Of

**Darrell B. Edmonds**
**P.O. Box 551386**
**Jacksonville, Florida 32255**

Darrell B. Edmonds
Edmonds Reconstruction, Inc.

## Introduction:

Darrell Edmonds was born in Jacksonville, Florida and has been a lifetime resident of the City of Jacksonville. He graduated high school from Victory Christian Academy in June of 1990 and entered Florida Community College at Jacksonville, where he received an Associate of Science degree in Criminal Justice in June of 1993. He became employed by the Jacksonville Sheriff's Office in March of 1994 and has served as a Patrol Officer, Field Training Officer, DUI Enforcement Officer, Traffic Enforcement Officer and a Traffic Homicide Investigator. In 2013 he started Edmonds Reconstruction, Inc., as a consultant for impaired driving and crash reconstruction.

Darrell Edmonds has specialized in the field of DUI Enforcement and Traffic Homicide. He has taught several DUI Update classes to law enforcement agencies. He also teaches the 24 hour Standardized Field Sobriety, DUI Instructor, Drug Recognition Expert, A.R.I.D.E. and the At-Scene Traffic Homicide curriculum to officers nationwide. He has investigated over 2,500 impaired driving cases, many of those involving traffic crashes. He has investigated over 100 fatal traffic crashes, many of those involving impaired driving.

## Law Enforcement Experience:

| | |
|---|---|
| April 2010 to Present | Traffic Homicide Investigator |
| October 2009 to April 2010 | Traffic Enforcement Officer |
| May 1998 to October 2009 | DUI Enforcement Officer |
| November 1996 to Present | Field Training Officer |
| March 1994 to November 1996 | Patrol Officer |

- Investigated over 2,500 impaired driving cases where 1200 to 1500 impaired drivers were arrested.
- Testified in hundreds of DUI trials, hearings, depositions and Drivers License hearings.
- Investigated over 1,500 traffic crashes and over 100 fatal crashes.
- Experience with mobile video taping equipment.
- Numerous hours of experience operating speed radar
- Teaches DUI and DRE curriculum.
- Certified DRE, DRE Instructor and DUI Instructor.

## Specialized Training:

| | |
|---|---|
| August 2013 | Applied Physics for the Traffic Crash Investigator<br>IPTM, Jacksonville, Fl., 40 Hours |
| August 2012 | 18th Annual DRE Conference<br>Seattle, Washington, 32 Hours |

| | |
|---|---|
| March 2011 | Medical Foundations of Visual Systems Testing<br>IPTM, Jacksonville, Fl., 24 Hours |
| March 2011 | Event Data Recorder in Traffic Crash Reconstruction<br>IPTM, Jacksonville, Fl., 40 Hours |
| August 2010 | Crash Zone<br>IPTM, Jacksonville, Fl., 40 Hours |
| June 2010 | Death Notifications<br>Jacksonville Sheriff's Office, 16 Hours |
| August 2009 | Preparing for the DHSMV Administrative Review<br>IPTM, Jacksonville, Fl., 8 Hours |
| August 2009 | 15th Annual DRE Conference<br>Little Rock, Arkansas, 32 Hours |
| June 2009 | Police Solo Motorcycle<br>Northeast Florida Criminal Justice Training Center,<br>120 Hours |
| March 2009 | Traffic Crash Reconstruction<br>IPTM, 80 Hours |
| August 2008 | 14th Annual DRE Conference<br>Indianapolis, Indiana, 32 hours |
| June 2008 | Pharmaceutical Drug Investigations<br>North Florida HIDTA, 8 Hours |
| April 2008 | Special Problems in Traffic Crash Reconstruction<br>IPTM, 40hours |
| February 2008 | Advanced Roadside Impaired Driving Enforcement<br>IPTM, 16hours |
| February 2008 | Advanced Roadside Impaired Driving Enforcement Instructor<br>IPTM |
| October 2007 | Advanced Traffic Crash Investigation<br>IPTM, 80 Hours |
| March 2006 | Drug Evaluation and Classification Program Re-Certification<br>IPTM |

| April 2006 | Medical Foundations for Visual Systems Testing<br>IPTM, 24 Hours |
|---|---|
| March 2004 | In Car Video for DUI and Prosecutors<br>IPTM, 8 Hours |
| March 2004 | Drug Evaluation and Classification Program Re-Certification<br>IPTM |
| June 2003 | DRE Update Training<br>IPTM, 16 Hours |
| July 2002 | DRE Update Training<br>IPTM, 16 Hours |
| January 2002 | Drug Evaluation and Classification Program Re-Certification<br>IPTM |
| August 2001 | Laser Speed Measurement Operator and Instructor<br>IPTM, 40 Hours |
| April 2000 | Drug Evaluation and Classification Instructor<br>IPTM, 40 Hours |
| July 2000 | 12th Annual Symposium on Alcohol and Drug Enforcement<br>IPTM, 20 Hours |
| June 1999 | Drug Evaluation and Classification Program<br>IPTM, 56 hours |
| June 1999 | Drug Evaluation and Classification Program Pre-School<br>IPTM, 16 Hours |
| September 1999 | Instructor Techniques<br>Jacksonville Sheriff's Office, 80 Hours |
| February 1999 | At Scene Traffic Crash / Traffic Homicide Investigation<br>IPTM, 80 Hours |
| January 1998 | Alco-Sensor IV Portable Breath Test Operator<br>Jacksonville Sheriff's Office, 4 Hours |
| February 1997 | Radar Speed Measurement<br>Jacksonville Sheriff's Office, 40 Hours |
| November 1996 | Field Training Officer<br>Jacksonville Sheriff's Office, 40 Hours |

| August 1996 | DUI Case Preparation and Courtroom Presentation<br>IPTM, 40 Hours |
| --- | --- |
| August 1996 | DUI Instructor<br>IPTM, 40 Hours |
| July 1996 | 8th Annual Symposium on Alcohol and Drug Enforcement<br>IPTM, 20 Hours |
| June 1996 | In Car Video Requirements for DUI Enforcement<br>IPTM, 8 Hours |
| May 1994 | Field Training Program<br>Jacksonville Sheriff's Office, 560 Hours |
| March 1994 | Certified Police Officer Introduction Training<br>Jacksonville Sheriff's Office, 200 Hours |
| May 1992 | DUI Detection and Standardized Field Sobriety Testing<br>Northeast Florida Criminal Justice Training Center, 24 Hours |
| March 1992 | Basic Law Enforcement Training<br>Northeast Florida Criminal Justice Training Center, 696 Hours |

## Specialized Teachings:

| September 2013 | DUI Instructor<br>IPTM, 40 Hours |
| --- | --- |
| March 2013 | At-Scene Traffic Crash Investigation<br>IPTM, Jacksonville, Florida, 80 Hours |
| February 2013 | DUI Detection and Standardized Field Sobriety Testing<br>Connecticut State Police Academy, 40 Hours |
| December 2012 | DUI Instructor<br>IPTM, 40 Hours |
| August 2012 | DUI Instructor<br>IPTM, Clarksville, Tennessee, 40 Hours |
| June 2012 | At Scene Traffic Crash Investigation<br>IPTM, York, Pennsylvania, 80 Hours |
| October 2011 | DUI Enforcement Strategies<br>JSO Academy, Jacksonville, Florida, 40 Hours |

| | |
|---|---|
| April 2011 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville, Florida, 80 Hours |
| April 2010 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville, Florida, 80 Hours |
| August 2009 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville, Florida, 80 Hours |
| July 2009 | Advanced Roadside Impaired Driving Enforcement<br>IPTM, Jacksonville, Florida, 16 Hours |
| July 2009 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Jacksonville, Florida, 24 Hours |
| May 2009 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville, Florida, 80 Hours |
| December 2008 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Jacksonville, Florida, 24 Hours |
| August 2008 | Advanced Roadside Impaired Driving Enforcement<br>IPTM, Jacksonville, Florida, 16 Hours |
| July 2008 | DUI Detection and Standardized Field Sobriety Testing<br>Northeast Florida Criminal Justice Training Center, 24 Hours |
| June 2008 | Advanced Roadside Impaired Driving Enforcement<br>J.S.O. Academy, Jacksonville, Florida, 16 Hours |
| April 2008 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville, Florida, 80 Hours |
| April 2008 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Marathon Key, Florida, 24 Hours |
| March 2007 | Drug Evaluation and Classification Program Exam Administrator<br>IPTM, Jacksonville, Florida, 9 Hours |
| February 2007 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Tampa, Florida, 24 Hours |
| September 2006 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Panama City, Florida, 24 Hours |
| May 2006 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville, Florida, 80 Hours |
| April 2006 | DUI Detection and Standardized Field Sobriety Testing<br>Connecticut State Police Academy, 40 Hours |

| | |
|---|---|
| May 2005 | DUI Detection and Standardized Field Sobriety Testing<br>Connecticut State Police Academy, 40 Hours |
| April 2005 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Jacksonville, Florida, 24 Hours |
| August 2004 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Kissimmee Florida, 24 Hours |
| June 2004 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Crestview Florida, 24 Hours |
| June 2003 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Crestview Florida, 24 Hours |
| March 2003 | Drug Evaluation and Classification Program Exam Administrator<br>IPTM, Jacksonville Florida, 9 Hours |
| June 2002 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Melbourne Florida, 24 Hours |
| April 2002 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Crestview Florida, 24 Hours |
| March 2002 | Drug Evaluation and Classification Program<br>Miami P.D., Miami Florida, 80 Hours |
| September 2001 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville Florida, 80 Hours |
| August 2001 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Panama City Florida, 24 Hours |
| June 2001 | DUI Detection and Standardized Field Sobriety Testing<br>IPTM, Franklin Tennessee, 24 Hours |
| April 2001 | Drug Evaluation and Classification Program<br>IPTM, Jacksonville Florida, 40 Hours |

## Specialized Readings:

| TITLE | AUTHOR |
|---|---|
| Fundamentals of Traffic Crash Reconstruction | John Daily, Nathan Shigemura, Jeremy Daily |

| | |
|---|---|
| Nystagmus Testing in Intoxicated Individuals | Karl Citek, O.D., Ph.D., Bret Ball, O.D., Dale A Rutledge, Lieutenant |
| Drug Recognition Evaluations Made Using Limited Data | John A. Smith, Charles E. Hayes, Robert L. Yolton, Dale A. Rutledge, Karl Citek |
| The Drug Influence Examiner | Sentry One Services |
| The Eyes Have It | James Unsworth, BS, MS |
| The Northwest Evaluator | Oregon DECP |
| The DECP: Using Ocular and Other Signs To Detect Drug Intoxication | Journal of American Optometric Assn. |
| Validation of the Standardized Field Sobriety Test Battery at BAC's Below .10 | NHTSA, 1998 |

## Expert Testimony (DUI/DRE):

Between 1999 and 2007 I was certified as an expert in several Hearings on Motions, however, I did not keep records of those hearings until the first one listed below.

| | | | |
|---|---|---|---|
| October 2012 | D.L. Jones vs. Jacksonville Sheriff's Office | | Arbitration Hearing |
| May 2011 | Larry Dukes vs. JSO, City of Jacksonville, ABPD & City of Atlantic Beach | | Federal Court |
| April 2009 | McGuinness vs. State Farm, Amy Frye | Jury Trial | 2007CA001267AXXXMA |
| January 2009 | State vs. Cowden | HOM | 2008CT096554AXXXMA |
| January 2009 | State vs. Wells | Jury Trial | 2008CT017204AXXXMA |
| November 2008 | State vs. Harvey | Jury Trial | 2008CT015172AXXXMA |
| October 2008 | State vs. Pujol | Jury Trial | 2007CT018745AXXXMA |
| October 2008 | State vs. Stanton | Jury Trial | 2008CT015171AXXXMA |

## Expert Testimony (Traffic Crash):

| | | | |
|---|---|---|---|
| April 2013 | State vs. McCarty | Jury Trial | 2012CF002091AXXXMA |
| February 2013 | Bug Out vs. SCI Funeral Services | Bench Trial | 2011CA007859AXXXMA |

| January 2013 | State vs Williams | Jury Trial | 2011CF003967AXXXMA |
| February 2011 | State vs. Martin | Jury Trial | 2010CF007861AXXXMA |

**Awards:**

| March 2010 | MADD Award for DUI Arrests |
| March 2009 | MADD Award for DUI Arrests |
| March 2008 | MADD Award for DUI Arrests |
| March 2007 | MADD Award for DUI Arrests |
| March 2006 | MADD Award for DUI Arrests |
| March 2005 | MADD Award for DUI Arrests |
| March 2004 | MADD Award for DUI Arrests |
| March 2003 | MADD Award for DUI Arrests |
| March 2002 | MADD Award for DUI Arrests |
| March 2001 | MADD Award for DUI Arrests |
| March 2000 | MADD Award for DUI Arrests |