**EXHIBIT "B"**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GABRIEL D. HAWKINS,

    Plaintiff,

v.

CASE NO. 3:12-cv-1354-HLA-TEM

CITY OF LAKE CITY, FLORIDA,
and JASON M. GOLUB, individually,

    Defendants.
_____/

**NOTICE OF SERVICE OF PLAINTIFF'S
ANSWERS TO FIRST INTERROGATORIES**

Notice is hereby given that Plaintiff, Gabriel Hawkins, has served his Answers to Defendant City of Lake City, Florida's First Interrogatories via U.S. Mail on July ___, 2013 to counsel for Defendants, Cristine M. Russell, ROGERS TOWERS, P.A., 1301 Riverplace Blvd., Ste. 1500, Jacksonville, Florida 32207, and Susan S. Erdelyi, and Meagan L. Logan, MARKS GRAY, P.A., Post Office Box 447, Jacksonville, Florida 32201.

                                Respectfully submitted,

                                _____
                                Sassan Achtchi (FBN: 83981)
                                MARIE A. MATTOX, P. A.
                                310 East Bradford Road
                                Tallahassee, FL 32303
                                (850) 383-4800
                                (850) 383-4801 (facsimile)
                                ATTORNEYS FOR PLAINTIFF

ANSWER:   No.

9. Identify each and every individual you contend, or believe, has or may have knowledge which in any way supports any alleged fact, circumstance, issue claim or cause of action you are alleging in your Second Amended Complaint. Included in your answer for each person identified should be their full legal name, telephone number, last known address and a specification as to the precise facts that you expect the individual possesses as well as the factual basis of you conclusion that the individual identified possesses such information.

ANSWER:
**Ofc. Jason Golub**- c/o Lake City Police Department; knowledge that he made an illegal traffic stop that resulted in an illegal arrest on false charges; knowledge that the affidavit he filled out to have me arrested may have not been completely truthful; may have other knowledge of the claims and defenses in this matter.

**Chief Argatha Gilmore**- c/o Lake City Police Department; knowledge that Ofc. Golub's traffic stop resulted in an illegal arrest based on false charges; knowledge that the City did nothing to prevent this arrest and sent it up to be prosecuted while knowing it was based on false allegations of the officer; may have other knowledge of the claims and defenses in this matter.

**Jennifer White**- Shands Lake Shore Hospital- 368 NE Franklin St., Lake City, FL 32055: knowledge that she took the blood sample and that it was negative for alcohol or any other type of drugs; may have other knowledge of the claims and defenses in this matter.

**Ofc. Patrick Ross**- c/o Lake City Police Department; knowledge that he made an illegal traffic stop that resulted in an illegal arrest on false charges; knowledge of misrepresentations in connection with that incident; knowledge that the affidavit he filled out for my arrest may have not been completely truthful; may have other knowledge of the claims and defenses in this matter.

**John Mayo**, former past President of the NAACP, address unknown at this time, 386-697-3483; has knowledge of his conversation with the police chief regarding the false arrest of the Plaintiff.

10. With regard to the damages you claim by reason of the acts or omissions described in the Complaint, state the following:

    a. The name and address of each person who has, or purports to have knowledge of the fact that relates to the damages you claim in this case.

    b. As to each item of expense you believe you have incurred as a result of the acts or omissions alleged in your Complaint, list each item of expense (other than loss of earnings) and

3

## VERIFICATION OF ANSWERS TO INTERROGATORIES

I verify that the foregoing answers are accurate and correct to the best of my knowledge.

*Gabriel D. Hawkins*
GABRIEL D. HAWKINS

STATE OF FLORIDA

COUNTY OF __Leon__

SWORN TO AND SUBSCRIBED before me, __GABRIEL D. HAWKINS__, this __24th__ day of __June__, 2013 by GABRIEL D. HAWKINS, who is personally known to me (or who has produced __FL DL H252-284-75-253-0__ as identification).

NOTARY PUBLIC
Printed Name of Notary Public: MARY MOODY
Serial No.:
My Commission Expires:

11