**EXHIBIT "C"**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GABRIEL D. HAWKINS,

    Plaintiff,

v.

CASE NO. 3:12-cv-1354-HLA-TEM

CITY OF LAKE CITY, FLORIDA,
and JASON M. GOLUB, individually,

    Defendants.
_____/

## NOTICE OF SERVICE OF PLAINTIFF'S ANSWERS TO FIRST INTERROGATORIES

Notice is hereby given that Plaintiff, Gabriel Hawkins, has served his Answers to Defendant Jason M. Golub's First Interrogatories via U.S. Mail on July 1, 2013 to counsel for Defendants, Cristine M. Russell, ROGERS TOWERS, P.A., 1301 Riverplace Blvd., Ste. 1500, Jacksonville, Florida 32207, and Susan S. Erdelyi, and Meagan L. Logan, MARKS GRAY, P.A., Post Office Box 447, Jacksonville, Florida 32201.

                                                                             Respectfully submitted,

                                                                             /s/ Sassan Achtchi
                                                                             Sassan Achtchi (FBN: 83981)
                                                                             MARIE A. MATTOX, P. A.
                                                                             310 East Bradford Road
                                                                             Tallahassee, FL 32303
                                                                             (850) 383-4800
                                                                             (850) 383-4801 (facsimile)
                                                                             ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GABRIEL D. HAWKINS,

    Plaintiff,

vs.

CASE NO.: 3:12-cv-1354-HLA-TEM

ARGATHA GILMORE, in her official
capacity as Chief of Police, CITY OF LAKE
CITY, FLORIDA, and JASON M. GOLUB,
individually,

    Defendants.

_____/

## PLAINTIFF'S ANSWERS TO DEFENDANT GOLUB'S
## FIRST SET OF INTERROGATORIES

Plaintiff Gabriel D. Hawkins provides his answer to Defendant Jason M. Golub's First Set of Interrogatories as follows:

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

    ANSWER: I am answering these questions myself with the assistance of staff in my counsel's office.

2. List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

    ANSWER:
    **Ofc. Jason Golub**- c/o Lake City Police Department; knowledge that he made an illegal traffic stop that resulted in an illegal arrest on false charges; knowledge that the affidavit he filled out to have me arrested was not completely truthful; may have other knowledge of the claims and defenses in this matter.

    **Chief Argatha Gilmore**- c/o Lake City Police Department; knowledge that Ofc. Golub's traffic stop resulted in an illegal arrest based on false charges; knowledge that the City did nothing to prevent this arrest and sent it up to be prosecuted while knowing it was based on false allegations of the officer; may have other knowledge of the claims and defenses in this matter.

**Jennifer White-** Shands Lake Shore Hospital- 368 NE Franklin St., Lake City, FL 32055: knowledge that she took the blood sample and that it was negative for alcohol or any other type of drugs; may have other knowledge of the claims and defenses in this matter.

**Ofc. Patrick Ross-** c/o Lake City Police Department; knowledge that he made an illegal traffic stop that resulted in an illegal arrest on false charges; knowledge of misrepresentations in connection with that incident; knowledge that the affidavit he filled out for my arrest was not been completely truthful; may have other knowledge of the claims and defenses in this matter.

**John Mayo**, former past President of the NAACP, address unknown at this time, 386-697-3483; has knowledge of his conversation with the police chief regarding the false arrest of the Plaintiff.

3. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issues in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

ANSWER: No.

4. State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, video or digital recording, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

ANSWER: I do not know of anyone with the above information in their possession.

5. State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about any other "incident of racial profiling," "botched DUI arrest," and/or other "incidents of police misconduct" involving Officer Golub and any details about such incidents of which you have knowledge.

ANSWER: I do not have this information.

6. Describe in detail how the Incident described in paragraphs 8 through 10, 18, 24 through 26, and 46 through 48 of the Second Amended Complaint happened.

ANSWER: I was driving on 90 East (going to the Laundromat). I turned left into the Laundromat parking lot. Officer Golub followed me and then "pulled me over". He told me I had been driving erratically over 3 lanes. (I had only been in the left lane because I had been going to make the left turn into the Laundromat) He told me to get out of the car and face the car; he then proceeded to search me. He then told me to close my eyes

<u>Gabriel D. Hawkins</u>
GABRIEL D. HAWKINS

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF Leon

BEFORE ME, the undersigned authority, personally appeared GABRIEL D. HAWKINS, who first being duly sworn, deposes and says that he is the Plaintiff in this action, he has reviewed the foregoing answers to the Interrogatories, and that said answers are true and correct.

<u>Gabriel D. Hawkins</u>
Affiant

The foregoing instrument has acknowledged before me this 24th day of June, 2013 by GABRIEL D. HAWKINS. Such person did take an oath and: (notary must check applicable box)

Is/are personally known to me.

Produced a current Florida driver's license as identification, number

Produced  FL DL  as identification.

(Notary Seal must be affixed)

<u>Mary Moody</u>
Signature of Notary
Printed Name:

NOTARY PUBLIC, STATE OF FLORIDA
My Commission expires:
Commission Number:

JAX\1749843_1                                        -7-